UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE MORRIS LEE SCOTT

MORRIS LEE SCOTT,

                Appellant,                    21 **CIVIL** 7168 (NSR)

     -against-                          **JUDGMENT**

OFFICER UNKNOWN,

                Appellee.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 8, 2021, the Appeal from the Bankruptcy Court's Order is dismissed for failure to prosecute; accordingly, this case is closed.

**Dated:** New York, New York
          September 9, 2021

                                                             **RUBY J. KRAJICK**
                                                                   **Clerk of Court**
                                          **BY:**
                                                                     **Deputy Clerk**